IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Mag. No. 06-61M |
| DERRICK DIXON, | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence life imprisonment or death

    _____  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    __X__  Serious risk defendant will flee

    _____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__  Defendant's appearance as required

_____     Safety of any other person and the community

3. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____     At first appearance

__X__     After continuance of __3__ days (not more than 3).

DATED this __6th__ day of __June__, 2006.

```
                              COLM F. CONNOLLY
                              United States Attorney

                         BY: /s/ Richard G. Andrews
                              Richard G. Andrews
                         First Assistant U. S. Attorney
```