IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|            Plaintiff, ) | |
|     v. ) | Criminal Action No. 06-72-JJF |
| DERRICK DIXON, ) | |
|            Defendant. ) | |

### RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that Commerce Bank, an organizational victim in this case, is a wholly-owned subsidiary of Commerce Bancorp, Inc., which is a publicly-traded (NYSE) company. The United States further states that discloses that PNC Bank, an organizational victim in this case, is a subsidiary of PNC Financial Services Group, which is a publicly-traded (NYSE) company.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                              By: _/s/ Richard G. Andrews_
                                                  Richard G. Andrews
                                                 First Assistant United States Attorney

Date: July 18, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DERRICK DIXON  ) | Criminal Action No. 06-72-JJF |

I, Sharon Bernardo, employee with the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 18th day of July, 2006, I electronically filed the motion RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

CHRISTOPHER KOYSTE, ESQUIRE
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
ecf_ck@msn.com

/s/ Sharon R. Bernardo