IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-72 JJF |
| DERRICK DIXON, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, a second Status Conference has been set for October 19, 2006 in the above-captioned case;

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 19);

WHEREAS, the Court will convert the October 19, 2006 Status Conference to a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, October 19, 2006 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and October 19, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 <u>et</u> <u>seq</u>.).



October 5, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
OCT 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE