IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-72-JJF |
| | ) | |
| DERRICK A. DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Sophie E. Bryan as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

          COLM F. CONNOLLY
          United States Attorney

By: _____
          Keith M. Rosen
          Assistant United States Attorney
          Nemours Building, #700
          P.O. Box 2046
          Wilmington, Delaware 19899-2046
          keith.rosen@usdoj.gov

Dated: May 21, 2007

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-72-JJF |
| ) | |
| DERRICK A. DIXON ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on May 22, 2007, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Christopher Koyste, Esquire
ecf_de@msn.com

*Sharon R. Bernardo*