IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-72 JJF |
| DERRICK DIXON, | : | |
| Defendant. | : | |

<u>O R D E R</u>

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, March 6, 2008, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 22, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE



FILED
JAN 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE