IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-72-JJF |
| | ) | |
| DERRICK DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss with prejudice Counts Two through Seven of the Indictment filed on June 27, 2006 in the above-captioned case.

      Respectfully submitted,

      COLM F. CONNOLLY
      United States Attorney


      BY:   /s/ Christopher J. Burke
           Christopher J. Burke
           Assistant United States Attorneys

Dated:   March 6, 2008