IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DERRICK DIXON, )<br>)<br>Defendant. ) | Criminal Action No. 06-72-JJF |

### MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss with prejudice Counts Two through Seven of the Indictment filed on June 27, 2006 in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: March 6, 2008

IT IS SO ORDERED this ___7___ day of ___March___, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED

MAR 10 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE