**United States District Court**

**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO F.R.Cr.P. 32.1**

_____DERRICK DIXON_____
Defendant

**Case Number:** CR 06-72-JJF

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for _____7/1/08_____ * at __2:00 PM__
                                    Date                        Time

before the   **Honorable Joseph J. Farnan, Jr., U.S. District Judge**
                          Name of Judicial Officer

 **Courtroom #4B, 4th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                          Other Custodial Official

and produced for the hearing.

_____6/16/08_____
      Date

_____
      Judicial Officer

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(d).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.