AO 442 (Rev. 10/63) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

DERRICK DIXON

**WARRANT FOR ARREST**

Case Number: CR 06-72-1-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DERRICK DIXON**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

FILED
JUN 18 2008
U.S. DISTRICT DELAWARE

in violation of Title _____ United States Code, Section(s) _____55_____

PETER T. DALLEO                                BY: _[signature]_ ; DEPUTY CLERK
Name of Issuing Officer                         Signature of Issuing Officer

CLERK OF COURT                                  JUNE 11, 2008 at WILMINGTON, DE
Title of Issuing Officer                        Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Motel 6 Rt 9 New Castle, DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-11-08 | William Davis DUSM | _[signature]_ |
| DATE OF ARREST |  |  |
| 6-16-08 |  |  |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____